UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-1749 _____         _____ Caption [use short title] _____

Motion for: continued counsel to be relieved

_____

_____

Set forth below precise, complete statement of relief sought:

LR 4.1(d) motion for Krieger Kim & Lewin LLP

to withdraw as continued counsel on appeal                USA v. Andrew

MOVING PARTY: Seth Andrew _____   OPPOSING PARTY: United States _____

☐ Plaintiff        ☑ Defendant

☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Edward Y. Kim _____   OPPOSING ATTORNEY: AUSA Ryan B. Finkel _____

[name of attorney, with firm, address, phone number and e-mail]

Krieger Kim & Lewin LLP _____   U.S. Attorney's Office for the Southern District of New York _____

500 Fifth Ave, 34th Floor, NY, NY 10110 _____   One Saint Andrew's Plaza, NY, NY 10007 _____

212-390-9550; edward.kim@kklllp.com _____   212-637-6612; ryan.finkel@usdoj.gov _____

Court- Judge/ Agency appealed from: SDNY - Hon. John P. Cronan

Please check appropriate boxes:                    FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                    INJUCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):   Has this request for relief been made below?   ☐ Yes ☐ No
☑ Yes  ☐ No (explain): _____    Has this relief been previously sought in this court?  ☐ Yes ☐ No
_____   Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:             _____
☑ Unopposed  ☐ Opposed  ☐ Don't Know              _____
Does opposing counsel intend to file a response:   _____
☐ Yes  ☑ No  ☐ Don't Know                         _____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No If yes, enter date: _____

Signature of Moving Attorney:

_____ Date: 8/18/22 _____ Service by: ☑ CM/ECF  ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA

v.

SETH ANDREW,

Defendant–Appellant

DECLARATION

No. 22-1749

I, SETH ANDREW, declare as follows:

1.      I retained Krieger Kim & Lewin LLP to represent me in the United States District Court for the Southern District of New York in connection with criminal case No. 22 Cr. 32 (JPC).

2.      On January 14, 2022, I pled guilty to one count of wire fraud (18 U.S.C. § 1343).  On July 28, 2022, the district court sentenced me to a term of imprisonment of 12 months and one day, followed by a three-year term of supervised release, and imposed a fine of $5,000.  I am currently scheduled to surrender to the Bureau of Prisons before 2:00 PM on September 22, 2022.

3.      On August 11, 2022, Krieger Kim & Lewin LLP timely filed a Notice of Appeal on my behalf.  ECF 1.

4.      I wish to pursue my appeal pro se.

5.      Krieger Kim & Lewin LLP has advised me that I may retain new counsel and, if financially unable to obtain counsel, may seek appointed counsel under the Criminal Justice Act, 18 U.S.C. § 3006A.

6.      Krieger Kim & Lewin LLP has advised me in writing of the deadlines for docketing the record and filing my brief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2022                Respectfully submitted,

_____

Seth Andrew

5.      Krieger Kim & Lewin LLP has advised me that I may retain new counsel and, if financially unable to obtain counsel, may seek appointed counsel under the Criminal Justice Act, 18 U.S.C. § 3006A.

6.      Krieger Kim & Lewin LLP has advised me in writing of the deadlines for docketing the record and filing my brief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.



Dated: August 17, 2022                     Respectfully submitted,

Seth Andrew

# **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing motion with declaration was served on the following on August 18, 2022:

> AUSA Ryan B. Finkel
> U.S. Attorney's Office for the Southern District of New York
> One Saint Andrew's Plaza
> New York, NY 10007
> ryan.finkel@usdoj.gov
> (*via email*)

> Seth Andrew (Defendant–Appellant)
> 370 Central Park West, Box 601
> New York, NY 10025
> sethaarongrossandrew@gmail.com
> (*via email*)

Dated: New York, NY
        August 18, 2022

_____
Edward Y. Kim

KRIEGER KIM & LEWIN LLP
500 Fifth Ave, 34th Floor
New York, New York 10110
Tel.: (212) 390-9550
Edward.Kim@KKLllp.com