# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand twenty-three.

Before:     William J. Nardini,
                  *Circuit Judge,*

_____

United States of America,

        Appellee,

v.

Seth Andrew,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 22-1749

    The Court previously denied Appellant's motion for an extension of time until March 28, 2023, to file his opening brief, and instead granted an extension until January 27, 2023. In that order, the Court notified the Appellant that no further extensions would be granted. Rather than complying with the Court order and filing his brief on the due date, the Appellant instead filed another motion for extension of time.

    The motion for an extension of time is DENIED. Appellant must file his opening brief and appendix no later than February 10, 2023. The appeal is dismissed effective February 10, 2023 if Appellant's brief is not filed by that date.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

