

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2023

By CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Andrew**
               **Docket No. 22-1749**

Dear Ms. Wolfe:

    Pursuant to this Court's procedures for the setting of deadlines for filing briefs in criminal appeals, the Government respectfully submits this letter to advise the Court and its adversary that it intends to file its brief on appeal on or before May 12, 2023.

    In addition, the Government requests permission to file, as needed, a supplemental appendix with its brief on appeal in order to satisfy the requirements of Fed. R. App. P. 30 or to provide parts of the record that will assist the Court in resolving the questions presented on appeal.

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                            By: /s/_____
                               Ryan Finkel
                               Assistant United States Attorney
                               Tel: (212) 637-6612

cc: Seth Andrew (via CM/ECF)