# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States

**CERTIFICATE OF SERVICE**\*

Docket Number: 22-1749

v.

Seth Andrew

I, Ryan Finkel, hereby certify under penalty of perjury that
(print name)

on May 17, 2023, I served a copy of Motion for an oversized motion (Dkt. 72)
(date)
and Motion to dismiss appeal (Dkt. 73)
(list all documents)

by (select all applicable)**

___ Personal Delivery      X  United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Seth Andrew | 370 Central Park West (Box 601) | New York | NY | 10025 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5-17-23                                    /s/ Ryan Finkel
Today's Date                               Signature

Certificate of Service Form (Last Revised 12/2015)