**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 19, 2023
Docket #: 22-1749cr
Short Title: United States of America v. Andrew

DC Docket #: 1:22-cr-32-1
DC Court: SDNY (NEW YORK CITY)
DC Judge: Cronan

## NOTICE OF DEFECTIVE FILING

On July 17, 2023 the MOTION, to file oversized reply brief, MOTION, for appeal relief, ORAL ARGUMENT STATEMENT, on behalf of Appellant Seth Andrew,, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
\_\_\_**X**\_\_\_ **Missing supporting papers for motion (e.g, affidavit/affirmation/declaration)** *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
\_\_\_**X**\_\_\_ **Improper proof of service** *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*

_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
**\_\_X\_\_ Other:**

**All 3 documents were improperly served. While the Court accepts for documents to be submitted through email, the pro se is still responsible for supplying a certificate of service indicating service through mail, unless there is consent from opposing counsel that service through email is acceptable. If opposing counsel consents to service via email, they must provide a letter on the docket accepting service via email.**

**Please review docket number, it was input incorrectly on the certificate of service as well as the T-1080 form for motion for appeal. Regarding the motion for appeal, there was no supporting statement for that motion.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than August 9, 2023. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8626.