UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1749

**Caption [use short title]**

**Motion for:** an oversized reply brief

Set forth below precise, complete statement of relief sought:

The Government requested a disfavored Oversized Brief without 14 days notice. I motion to receive approval to submit an oversized reply brief to adequately respond to the Government's Oversized Brief.

United States V. Andrew

**MOVING PARTY:** Seth Andrew    **OPPOSING PARTY:** United States

☐ Plaintiff    ☐ Defendant
✔ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Seth Andrew (pro se)    **OPPOSING ATTORNEY:** Ryan Finlkle
[name of attorney, with firm, address, phone number and e-mail]

370 Central Park West    One Saint Andrews Plaza
New York, NY 10025    New York, NY 10007
212-918-8887    212-637-6612

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✔ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ✔ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ✔ Don't Know

Is oral argument on motion requested?    ✔ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ✔ No If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

S/Seth Andrew    **Date:** 7/17/2023    Service by: ✔ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS

 FOR THE SECOND CIRCUIT

---------------------------------


UNITED STATES OF AMERICA,

Appellee,

- v. -

SETH ANDREW,

also known as Sealed Defendant 1,

Defendant-Appellant.

---------------------------------

STATE OF NEW YORK )

COUNTY OF NEW YORK :

SOUTHERN DISTRICT OF NEW YORK )

Docket No. 22-1749

AFFIRMATION IN SUPPORT OF MOTION TO FILE AN OVERSIZED REPLY BRIEF

SETH A. Andrew (pro se), affirms under penalty of perjury:

1. I am representing my self Pro-se.  Due to financial hardship and the denial of my IFP request, I am unable to afford an appellate attorney at this time.

2. II respectfully submit this affirmation in support of my motion to file an oversized brief in response to the Government's oversized brief. I need the additional space to respond adequately to the arguments raised in the Government's motion.

3. I am appealing from a judgment of conviction entered on July 29, 2022, in the United States District Court for the Southern District of New York, by the Honorable John P. Cronan, United States District Judge.

4. Although I have made every effort to limit the size of my reply brief, due to recent 9-0 Supreme Court rulings on substantially similar cases, as well as numerous false "statements of fact" presented and repeated again by the government, a complete and useful reply cannot reasonably be accomplished in the standard reply brief limits.

5. Only today July 17, 2023, upon review of PACER, did I learn that my Case Manager had been changed. I have procedural questions that I have not yet had answered and no counsel to review them at this time.

6.. I affirm under penalties of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:

July 17, 2023

Respectfully submitted,

/S/ Seth Andrew (pro se)

212-928-8887, SethAaronGrossAndrew@gmail.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States

        **CERTIFICATE OF SERVICE***

Docket Number: 22-1749

v.

Andrew

I, Seth Andrew , hereby certify under penalty of perjury that
(print name)

on 7/20/23 , I served a copy of Opposition Reply Brief
(date)

Motion for Oral Argument, Motion for Oversized Brief, Typeface Requirements, & Affidavit
(list all documents)

by (select all applicable)**

\_\_\_ Personal Delivery    _X_ United States Mail    \_\_\_ Federal Express or other Overnight Courier

\_\_\_ Commercial Carrier    _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Ryan Finkle | One St. Andrews Plaza | NY | NY | 10007 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

7/20/2023                      S/ Seth Andrew

Today's Date                   Signature

Certificate of Service Form (Last Revised 12/2015)