# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand twenty-three.

Before:      Steven J. Menashi,
                  *Circuit Judge,*

_____

United States of America,

      Appellee,

v.

Seth Andrew, AKA Sealed Defendant 1,

      Defendant-Appellant.

_____

**ORDER**

Docket No. 22-1749

Appellant, pro se, moves for leave to file an oversized response of up to 18,000 words to the government's motion to dismiss.

IT IS HEREBY ORDERED that the motion to file oversized is granted in part. Appellant may file a response of up to 10,000 words. The response must be filed within 10 days of the date of this order.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court