# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand twenty-three.

United States of America,

    Appellee,

v.

Seth Andrew, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**

Docket No. 22-1749

    Appellant, pro se, moves for leave to file an oversized response to the Government's motions to dismiss.

    IT IS HEREBY ORDERED that the motion is DENIED as moot in light of the Court's order dated October 31, 2023 which granted in part and denied in part the Government's motion to dismiss.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

