## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** United States of America v. Andrew         **Docket No.:** 22-1749

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

**Name:** Nathan Rehn

**Firm:** United States Attorney's Office for the Southern District of New York

**Address:** One St. Andrew's Plaza

**Telephone:** (212) 637-2354          **Fax:** (212) 637-2527

**E-mail:** nathan.rehn@usdoj.gov

**Appearance for:** United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Danielle Renee Sassoon/U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Nathan Rehn

**Type or Print Name:** _____