# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of February, two thousand twenty-four.

_____

United States of America,

   Appellee,

v.

Seth Andrew, AKA Sealed Defendant 1,

   Defendant - Appellant.

_____

**ORDER**

Docket No. 22-1749

  Appellant, pro se, moves for an extension of time to February 6, 2024 to file his reply brief and for leave to file an oversized reply brief of not more than 14,000 words.

  IT IS HEREBY ORDERED that Appellant is GRANTED an extension of time to February 12, 2024 to file the reply brief. The motion to file an oversized reply brief is DENIED.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

