# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand twenty-four,

United States of America,

    Appellee,

v.

Seth Andrew, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**
Docket No. 22-1749

Appellant's Seth Andrew submission of a motion for rehearing en banc does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said motion for rehearing en banc is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

