UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand and twenty-four,

United States of America,

    Appellee,

v.

Seth Andrew, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**
Docket No. 22-1749

Appellant, pro se, moves for oral argument.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court