UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-five,

| United States of America, | **ORDER** |
| --- | --- |
| Appellee, | Docket No. 22-1749 |
| v. | |
| Seth Andrew, AKA Sealed Defendant 1, | |
| Defendant - Appellant. | |

Appellant's Seth Andrew submission of a petition for rehearing en banc does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said petition for rehearing en banc is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court